ACCEPTED
06-15-00153-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
9/17/2015 2:12:36 PM
DEBBIE AUTREY
CLERK

| | |
|---|---|
| Appellate Docket Number: | 06-15-00153-CR |
| Appellate Case Style: Style: | Fred Wright, Jr. |
| Vs. | State of Texas |
| Companion Case: | |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

9/17/2015 2:12:36 PM

DEBBIE AUTREY
Clerk

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court: 6th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name: Fred | ☒ Lead Attorney |
| Middle Name: | First Name: Hough-Lewis |
| Last Name: Wright | Middle Name: |
| Suffix: Jr. | Last Name: Dunn |
| Appellant Incarcerated? ☒ Yes ☐ No | Suffix: |
| Amount of Bond: | ☒ Appointed ☐ District/County Attorney |
| Pro Se: ◯ | ☐ Retained ☐ Public Defender |
| | Firm Name: Law Offices of Lew Dunn |
| | Address 1: P.O. Box 2226 |
| | Address 2: |
| | City: Longview |
| | State: Texas    Zip+4: 75606 |
| | Telephone: 903-757-6711    ext. |
| | Fax: 903-757-6712 |
| | Email: dunn@texramp.net |
| | SBN: 06244600 |

Add Another Appellant/
Attorney

| III.  Appellee | IV.  Appellee Attorney(s) |
|---|---|

**III.  Appellee**

First Name:  State of Texas

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated?  ☐ Yes  ☒ No

Amount of Bond:

Pro Se:  ○

**IV.  Appellee Attorney(s)**

☒ Lead Attorney

First Name:  Zan

Middle Name:  Colson

Last Name:  Brown

Suffix:

☐ Appointed        ☒ District/County Attorney
☐ Retained         ☐ Public Defender

Firm Name:  Gregg County Criminal DA

Address 1:  101 E. Methvin, Suite 333

Address 2:

City:  Longview

State:  Texas        Zip+4:  75601

Telephone:  903-236-8440        ext.

Fax:  903-236-3701

Email:  zan.brown@co.gregg.tx.us

SBN:  03205900

Add Another Appellee/ Attorney

## V.  Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case):  Sex Offenses

Type of Judgment:  Final Judgment

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order:  August 18, 2015

Offense charged:  Sexual Assault

Date of offense:  December 13, 2010

Defendant's plea:  Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☒ Yes  ☐ No

Was the trial by:  ☐ jury or ☒ non-jury?

Date notice of appeal filed in trial court:  September 11, 2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed:  12 years TDCJ

Is the appeal from a pre-trial order?  ☐ Yes  ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes  ☒ No

## VI.  Actions Extending Time To Perfect Appeal

Motion for New Trial:  ☒ Yes  ☐ No    If yes, date filed:  September 11, 2015

Motion in Arrest of Judgment:  ☒ Yes  ☐ No    If yes, date filed:  September 11, 2015

Other:  ☐ Yes  ☐ No    If yes, date filed:

If other, please specify:

## VII.  Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed:  ☒ Yes  ☐ No  ☐ NA    If yes, date filed:  August 20, 2015

Date of hearing:  August 20, 2015    ☐ NA

Date of order:  August 20, 2015    ☐ NA

Ruling on motion:  ☒ Granted  ☐ Denied    ☐ NA    If granted or denied, date of ruling:  August 20, 2015

## VIII. Trial Court And Record

Court: 188th District Court

County: Gregg

Trial Court Docket Number (Cause no):     43,014-A

Trial Court Judge (who tried or disposed of the case):

First Name:     David

Middle Name:

Last Name:     Brabham

Suffix:

Address 1:     101 E. Methvin, Fourth Floor

Address 2:

City:     Longview

State:     Texas          Zip + 4: 75601

Telephone:     903-237-2588     ext.

Fax:     903-236-8603

Email:     david.brabham@co.gregg.tx.us

Clerk's Record:

Trial Court Clerk:     ☒ District     ☐ County

Was clerk's record requested?     ☒ Yes ☐ No

If yes, date requested: Sep 11, 2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes ☐ No ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record?     ☒ Yes ☐ No

Was reporter's record requested?     ☒ Yes ☐ No

Was the reporter's record electronically recorded?     ☒ Yes ☐ No

If yes, date requested: Sep 11, 2015

Were payment arrangements made with the court reporter/court recorder?     ☐ Yes ☐ No ☒ Indigent

---

☒ Court Reporter          ☐ Court Recorder
☒ Official               ☐ Substitute

First Name:     Grelynn

Middle Name:

Last Name:     Freeman

Suffix:

Address 1:     101 E. Methvin, Fourth Floor

Address 2:

City:     Longview

State:     Texas          Zip + 4: 75601

Telephone:     903-237-2688     ext.

Fax:

Email:     grelynn.freeman@co.gregg.tx.us

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: [redacted]

Court: [redacted]

Style: [redacted]

Vs.    State of Texas

## X. Signature

Signature of counsel (or Pro Se Party)

Printed Name: Hough-Lewis Dunn

Electronic Signature: [redacted]

(Optional)

Date: September 17, 2015

State Bar No: 06244600

Name: Hough-Lewis Dunn

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on September 17, 2015  .

Signature of counsel (or pro se party)

Electronic Signature: [redacted]

(Optional)

State Bar No.: 06244600

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and address of each person served, and
(3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: September 17, 2015

Manner Served: Email

First Name: Zan

Middle Name: Colson

Last Name: Brown

Suffix:

Law Firm Name: Gregg County Criminal DA

Address 1: 101 E. Methvin, Suite 333

Address 2:

City: Longview

State Texas          Zip+4: 75601

Telephone: 903-236-8440     ext.

Fax: 903-236-3701

Email: zan.brown@co.gregg.tx.us

NO. 43014-A

THE STATE OF TEXAS

VS.

Fred Wright

*Appeal*

IN THE ____188th____

COURT IN AND FOR

GREGG COUNTY, TEXAS

## REQUEST FOR APPOINTMENT OF COUNSEL

County of Gregg County          *
State of Texas                  *

BEFORE ME, the undersigned authority, on this day personally appeared the defendant, and who after being by me first duly sworn, upon his oath deposed and stated as follows:

"On this the ____ day of _____,20____, I have been advised by the _____ Court of my rights to representation by counsel in the trial of the charge pending against me. I certify that I am without means to employ counsel of my own choosing and I hereby request the Court to appoint counsel for me.

I further, upon my oath, make the following **complete** statement in answer to the Court's questionnaire concerning my financial resources:

My total income is ____Ø____ per month. My sources of income are ____N/A____.

My employer is ____N/A____.

All real and personal property owned by me are: House: ____—____
Car (make, year, model): ____—____
Bank Account: ____—____
Other: ____—____

All outstanding obligations owed by me are _Students loans / Medical bills_.

All monthly expenses which I have are _Student loans / Medical bills_.

The name and ages of my dependents are _Kianna Wright / 18   Kiante Wright / 22_

My spouse is ____N/A____. My spouse's income is _____.

The circumstances concerning whether I have posted or am capable of posting bond are:
_____

Bonding Company: _____
Bond Amount: _____
Monthly Payments: _____

Date of Birth: 4/17/68

Are you a Veteran?   Yes ☐   No ⊗

____Fred Wright____
Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on this the 20th day of August ,20 15 , to certify which witness my hand and seal of office

_____   or   ____Barbara Allen____ Judge/Clerk
Notary Public in and for the State of Texas

188th

_____ Court of
Gregg County, Texas

By_____ Deputy

## ORDER APPOINTING COUNSEL

On this 20th day of August ,20 15 , the Court having determined that the defendant is (circle one) indigent or the interests of justice require. It is Ordered that ____Leon Dunn____, a practicing attorney of this bar is hereby appointed to represent the defendant until the charges are dismissed, the defendant is acquitted, appeals are exhausted or appointed counsel is relieved of duties or replaced by written order. This appointment does not authorize the representation of the defendant on any discretionary review petition without express written authorization from the Court.

_____
Presiding Judge of Said Court